AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00305 |
| Debra J. Maimone | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/12/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Debra J. Maimone                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641—Theft of Property ($1,000 or less)
18 U.S.C. § 1752(a)(1) and (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds
         Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G)—Violent Entry and Disorderly Conduct on Capitol Grounds;

Date:   03/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.12 17:59:49 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*